*COMPOSITE EXHIBIT C*

**Broward County Case Number:** CACE21018923
**State Reporting Number:** 062021CA018923AXXXCE
**Court Type:** Civil
**Case Type:** Contract and Indebtedness
**Incident Date:** N/A
**Filing Date:** 10/14/2021
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 09 Powell, Mily R.

## Party(ies)
Total: 2

| Party Type | Party Name | Address | Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Azure College Inc** | | ★ Conze, Kertch<br>Retained<br>Bar ID: 233020<br>Law Offices of Kertch Conze, PA<br>3600 Red Rd<br>Suite 402<br>Miramar, FL 33025<br>**Status: Active** |
| Defendant | **Bank Of America Corporation** | | |

## Disposition(s)
Total: 0

| Date | Statistical Closure(s) |
|---|---|

| Date | Disposition(s) | View | Page(s) |
|---|---|---|---|

## Event(s) & Document(s)
Total: 4

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 10/19/2021 | **eSummons Issuance** | BANK OF AMERICA CORPORATION | 📄 | 3 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 10/14/2021 | **Per AOSC20-23 Amd12, Case is determined General** | | | |
| 10/14/2021 | **Civil Cover Sheet** | Amount: $100,001.00 | 📄 | 3 |
| 10/14/2021 | **Complaint (eFiled)** | Party: *Plaintiff* Azure College Inc | 📄 | 6 |

## Hearing(s)  Total: 0

**There is no Disposition information available for this case.**

## Related Case(s)  Total: 0

**There is no related case information available for this case.**

Filing # 136859975 E-Filed 10/19/2021 03:56:05 PM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

AZURE COLLEGE, INC.,
   A Florida Corporation,
   Plaintiff,

v.

   Case No.: **CACE-21-018923**

BANK OF AMERICA CORPORATION,
   A Delaware Corporation,
   Defendant.
_____/

*[handwritten: 10·22·21C 9:10AM / KuSPS1493]*

**SUMMONS**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

   YOU ARE COMMANDED to serve this summons and a copy of the Complaint or Petition in this action on the following respondent:

BANK OF AMERICA CORPORATION
C/O CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

The Defendant is hereby required to serve written defense to the Complaint on Plaintiff's attorney, Kertch J. Conze, Esq. whose office address is:

Law Offices of Kertch Conze, P.A.
Kertch J. Conze, Esq.
3600 RED ROAD, SUITE 402
MIRAMAR, FLORIDA 33025

A lawsuit has been filed against you. You have twenty (20) calendar days after this summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court located at:

**BROWARD COUNTY COURTHOUSE
CLERK OF COURTS
201 S.E. 6TH STREET
FORT LAUDERDALE, FLORIDA 33301**

You must also mail or take a copy of your written response to the "Plaintiff's Attorney" named above.

**IN ACCORDANCE WITH THE AMERICANS' DISABILITIES ACT OF 1990, PERSONS NEEDING A SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE BROWARD COUNTY COURTHOUSE, 201 S.E. 6TH STREET, FORT LAUDERDALE, FLORIDA 33301, NO LATER THAN 7 DAYS PRIOR TO THE PROCEEDING.**

Dated on  OCT 20 2021  2021.

BRENDA FORMAN
Clerk of Court

By:_____
As Deputy Clerk

BRENDA D. FORMAN

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda ajunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes intersadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podri ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no a connoce un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff's Attorney." (Demandate o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entendre votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos bien peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat. Si vous ne connaisez pas d'avocats vous pouriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette fromalite, faire parvenir ou expedier une copie de votre response ecrite au "Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Filing # 136599023 E-Filed 10/14/2021 05:31:28 PM

## FORM 1.997.   CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.   CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

<u>Azure College, Inc</u>
Plaintiff

Case # _____
Judge  _____

vs.
<u>BANK OF AMERICA CORPORATION</u>
Defendant

### II.   AMOUNT OF CLAIM
Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- ☐ $8,000 or less
- ☐ $8,001 - $30,000
- ☐ $30,001- $50,000
- ☐ $50,001- $75,000
- ☐ $75,001 - $100,000
- ☒ over $100,000.00

### III.   TYPE OF CASE   (If the case fits more than one type of case,  select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.   Yes ☐   No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

   3

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Kertch J Conze        Fla. Bar # 233020
       Attorney or party        (Bar # if attorney)

Kertch J Conze        10/14/2021
(type or print name)        Date

Filing # 136599023 E-Filed 10/14/2021 05:31:28 PM

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

**AZURE COLLEGE, INC.,**
    A Florida Corporation,
    Plaintiff,                                             Case No.:
v.

**BANK OF AMERICA CORPORATION,**
    A Delaware Corporation,
    Defendant.
_____/

## COMPLAINT

**COMES NOW**, Plaintiff, AZURE COLLEGE, by and through the undersigned counsel, and hereby sues Defendant, BANK OF AMERICA CORPORATION, and in support thereof states as follows:

## JURISDICTION AND VENUE

1. This is an action for damages exceeding thirty thousand dollars ($30,000.00), exclusive of interest, fees, and costs, and is within the jurisdiction of this Court.

2. Venue is proper in Broward County, Florida.

3. At all times material hereto, Plaintiff, AZURE COLLEGE, INC., was located in and conducted business in Broward County, Florida.

4. At all times material hereto, Defendant, BANK OF AMERICA CORP., conducted business in Broward County, Florida.

5. The account that is the subject of this dispute was opened in Broward County, Florida.

6. Jurisdiction is additionally proper under Fla. Stat. § 685.101-102 because the parties entered a contract concerning obligations of more than $250,000 and containing a provision choosing Florida law.

1

7. The causes of action pleaded herein arose in Broward County, Florida.

8. Plaintiff has complied with all conditions precedent to the filing of this lawsuit.

## GENERAL ALLEGATIONS

9. From November 9, 2020 through November 20, 2020, six transfers totaling $259,800.00 were made from a Bank of America account belonging to Azure College. The transactions were as follows:

    a. November 9, 2020 – transfer of $29,900.00 to PISTUS HHC, LLC.

    b. November 12, 2020 – transfer of $29,900.00 to PISTUS HHC, LLC.

    c. November 13, 2020 – transfer of $50,000.00 to PISTUS HHC, LLC.

    d. November 16, 2020 – transfer of $50,000.00 to PISTUS HHC, LLC.

    e. November 17, 2020 – transfer of $50,000.00 to PISTUS HHC, LLC.

    f. November 18, 2020 – transfer of $50,000.00 to PISTUS HHC, LLC.

10. None of the transactions were authorized by Plaintiff.

11. Plaintiff notified Bank of America upon discovery of the unauthorized transactions.

12. Plaintiff notified the Broward County Sheriff's Office and filed a police report.

13. Plaintiff provided a copy of that report to Bank of America.

14. The account statement from that month states an "INDN" of "Azure University" (whereas the name on the account in question is Azure College – not "Azure University").

15. Azure College does not have any affiliation with any entity named Azure University.

## COUNT I
## BREACH OF CONTRACT

16. Plaintiff re-alleges and incorporates the allegations set forth in paragraphs 1-15 as if set forth fully herein.

17. There exists between the Plaintiff and Defendant a valid and enforceable contract.

18. The contract is hereby incorporated into this Count by reference.

19. The Plaintiff does not have a copy of the contract in its possession or control. The Defendant is in possession of the contract entered into between the parties.

20. The contract prohibited the Defendant from executing payment orders not effective as orders of the Plaintiff.

21. The Defendant made payment orders not effective as orders of the Plaintiff in breach of the contract.

22. The payments made by the Defendant without Plaintiff's consent or authorization constitute a material breach of the contract that exists between the parties.

23. The Plaintiff has incurred damages as a result of the Defendant's breach.

**WHEREFORE**, PLAINTIFF prays for damages, interest, and other relief, together with attorney's fees and costs, and for any other relief as may be just and appropriate.

## COUNT II
## FOR DECLARATORY JUDGMENT

24. Plaintiff re-alleges and incorporates the allegations set forth in paragraphs 1-15 as if set forth fully herein.

25. The Defendant accepted payment orders that were not effective as the order of the Plaintiff under § 607.202.

26. Florida Statute § 670.204 requires:

> …the bank shall refund any payment of the payment order received from the customer to the extent the bank is not entitled to enforce payment and shall pay interest on the refundable amount calculated from the date the bank received payment to the date of the refund.

3

27. Plaintiff seeks a declaration that the Defendant must refund the money paid by the bank plus interest under § 670.204.

28. Plaintiff is in doubt as to Plaintiff's powers, privileges, and rights in this matter.

**WHEREFORE**, PLAINTIFF prays for a declaration that the Defendant must issue a refund, damages, interest, and other relief, together with attorney's fees and costs, and for any other relief as may be just and appropriate.

### COUNT III, IN THE ALTERNATIVE, FOR NEGLIGENCE

29. Plaintiff re-alleges and incorporates the allegations set forth in paragraphs 1-15 as if set forth fully herein.

30. Plaintiff pleads this count in the alternative to Count I and Count II.

31. Defendant had a duty to the Plaintiff to exercise reasonable care regarding payment orders paid out of the Plaintiff's account.

32. Defendant had a duty to the Plaintiff to review and validate payment orders that were unusual in quantity, frequency, origination, or otherwise of a suspicious nature.

33. Defendant owed a duty to the Plaintiff to comply with Florida Statutes Chapter 670 to have and to follow a commercially reasonable security procedure, and Plaintiff is a member of the class of persons Chapter 670 was intended to protect.

34. A reasonable bank would have reviewed plaintiff's records prior to authorizing payments and/or contacted the Plaintiff to confirm the validity of the payment orders, followed a commercially reasonable security procedure, and exercised reasonable care in executing payment orders.

35. Defendant had a duty to refuse invalid payment orders pertaining to the Plaintiff's account.

4

36. Defendant breached one or more of the aforementioned duties by failing to exercise reasonable care in its payment of the payment orders.

37. Defendant breached one or more of the aforementioned duties by failing to contact the Plaintiff prior to its payment of the payment orders to confirm the validity of the payment orders.

38. Defendant breached one or more of the aforementioned duties by paying on a payment order against the Plaintiff's account which had not been authorized by the Plaintiff.

39. Defendant breached one or more of the aforementioned duties, and is negligent *per se*, by failing to follow a commercially reasonable security procedure.

40. Plaintiff has been proximately harmed due to Defendant's breach of one or more duties owed to the Plaintiff.

41. Plaintiff has suffered damages due to Defendant's breach of one or more duties owed to the Plaintiff.

**WHEREFORE**, PLAINTIFF prays for damages, interest, and other relief, together with attorney's fees and costs, and for any other relief as may be just and appropriate.

### DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable, as a matter of right.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy hereof is to be served upon defendant by a process server.

**LAW OFFICES OF KERTCH CONZE, P.A**
Attorney for the Plaintiff
3600 Red Road, Suite #402
Miramar, Florida 33025
Email: conze@conzelaw.com
Telephone:	(954) 342-9044
Fax:		(954) 342-9208
By:	*/s/ Kertch Conze*

**KERTCH J. CONZE, Esq.**
Florida Bar: 233020
**JAMES BISHOP, Esq.**
Florida Bar: 1027217

6