UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-62270-RAR

AZURE COLLEGE, INC.,

    Plaintiff,

v.

BANK OF AMERICA CORP.,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS BY DEFAULT

**THIS CAUSE** comes before the Court upon Defendant's Motion to Dismiss the Complaint [ECF No. 6] ("Motion"), filed on November 10, 2021.  Plaintiff failed to respond to the Motion by the deadline of November 24, 2021, and did not seek an extension of time to respond.  On November 29, 2021, the Court entered an Order requiring Plaintiff to show cause, on or before November 30, 2021, why the Motion should not be granted by default.  *See* Order to Show Cause [ECF No. 18].  To date, Plaintiff has neither responded to the Motion to Dismiss nor moved for an extension of time in which to do so.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion [ECF No. 5] is **GRANTED** and the Complaint is **DISMISSED** *without prejudice*.  The Clerk of the Court is directed to **CLOSE** this case.  All pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of November, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**