UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-62270-RAR

**AZURE COLLEGE, INC.**,

    Plaintiff,

v.

**BANK OF AMERICA, N.A.**,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 66] ("Report"), entered on March 9, 2022. The Report recommends that the Court deny Third-Party Defendant Pistus HHC, LLC's ("Pistus") Motion to Dismiss Third Party Complaint [ECF No. 60] ("Motion"). Report at 1. Pistus filed objections to the Report on March 23, 2022 [ECF No. 67] ("Objections").

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). Because Plaintiff timely filed objections to the Report, the Court has conducted a *de novo* review of Magistrate Judge Jared M. Strauss's legal and factual findings.

The Court having carefully reviewed the Motion [ECF No. 60], Third-Party Plaintiff Bank of America, N.A.'s Response in Opposition to Motion to Dismiss Third Party Complaint [ECF No. 63], Pistus's Reply to Third-Party Plaintiff's Response in Opposition to Motion to Dismiss [ECF No. 65], the Report, the Objections, the factual record, and applicable law, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report [ECF No. 66] is **AFFIRMED AND ADOPTED**.

2. Pistus's Motion [ECF No. 60] is **DENIED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 25th day of March, 2022.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**